UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linus Ekene,<br><br>                   Plaintiff,<br><br>    v.<br><br>E. Broussard, et al.,<br><br>                   Defendants. | No. 2:20-cv-01255-KJM-JDP<br><br>ORDER |

      Plaintiff Linus Ekene moves for reconsideration of the court's order adopting the Magistrate Judge's findings and recommendations and denying his motion for a preliminary injunction. *See* Mot. Recons., ECF No. 36; Order, ECF No. 31. He asks the court to consider new evidence that he is in danger of attacks from other inmates and should be moved to a one-person cell. *See* Mot. Recons. at 2–5. The court declines to reconsider its order on the basis of this evidence. Mr. Ekene's pending motion for a preliminary injunction (ECF No. 35) addresses the same issue, and it has been referred to the Magistrate Judge under this District's Local Rules. He may ask the Magistrate Judge to consider the new evidence in connection with that motion.

      The motion to reconsider is **denied**. This order resolves ECF No. 36.

      IT IS SO ORDERED.

DATED: May 5, 2021.

                                                               CHIEF UNITED STATES DISTRICT JUDGE