# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINUS EKENE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. BROUSSARD, *et al*.<br><br>　　　　　Defendants. | Case No. 2:20-cv-01255-KJM-JDP (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>ECF No. 35 |

Plaintiff previously filed a motion for a temporary restraining order and a preliminary injunction. ECF No. 20. On March 31, 2021, the court denied that motion. ECF No. 31. On April 7, 2021, plaintiff filed a document styled as "New Exhibits and Information to Support Plaintiff's Preliminary Injunction," ECF No. 35, which the court has construed as a second motion for a preliminary injunction, *see* ECF No. 37.[1] Defendants have not filed a response to that motion, presumably because plaintiff did not style the filing as a motion. They will now be ordered to do so.

---

[1] Plaintiff also filed a separate motion for reconsideration of the order denying his first motion for injunctive relief. ECF No. 36. Plaintiff's motion for reconsideration was denied because it addressed the same issues raised in his April 7 motion for a preliminary injunction. ECF No. 37.

1

Accordingly, it is hereby ORDERED that:

1. Defendants shall file an opposition or statement of non-opposition to plaintiff's April 7, 2021 motion for a preliminary injunction, ECF No. 35, by no later than May 27, 2021.

2. Plaintiff may file a reply to defendants' opposition, if any, on or before June 3, 2021.

IT IS SO ORDERED.

Dated: May 6, 2021

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE