IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINUS EKENE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>E. BROUSSARD, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:20-cv-01255-KJM-JDP<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>ECF No. 43 |

The court has read and considered defendants' motion to modify the discovery and scheduling order. For good cause shown, defendants' motion is granted. ECF No. 43. The dispositive motion deadline is extended by 60 days, up to and including August 23, 2021.

IT IS SO ORDERED.

Dated: 　June 7, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE