UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINUS EKENE,<br><br>            Plaintiff,<br><br>       v.<br><br>E. BROUSSARD & TILLERY,<br><br>            Defendants. | No. 2:20-cv-01255-KJM-JDP (PC)<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action seeking relief under 42 U.S.C. § 1983. The court has found the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference and referred the case to the ADR and Pro Bono Director, Sujean Park, to attempt to locate pro bono counsel to represent plaintiff at a settlement conference. (ECF No. 78.) M. Greg Mullanax has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as limited purpose counsel for plaintiff in the above titled matter. This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The parties are directed to contact Sujean Park within 30 days of the date of this order to arrange scheduling of the settlement conference.

5. The Clerk of the Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

DATED: December 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE